IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>RENTGROW, INC.,<br><br>    Defendant. | Civil Action No. 1:23-cv-01152-PLM-RSK<br><br>Honorable Paul L. Maloney |

## ORDER

UPON CONSIDERATION of the Defendant RentGrow, Inc.'s ("Defendant") Motion to Seal Original Answer and For Leave for Defendant To File An Answer to the Amended Complaint, the Court finds that good cause has been shown, IT IS HEREBY ORDERED that:

The Answer filed at ECF No. 11 be and hereby shall be SEALED.

Date:  January 17, 2024                 /s/ Paul L. Maloney
                                        Hon. Paul L. Maloney