## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM WALLACE,<br><br>                Plaintiff,<br><br>v.<br><br>RENTGROW, INC. AND TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,<br>                Defendant. | Civil Action No. 1:23-cv-01152-PLM-RSK<br><br>**Honorable Paul L. Maloney** |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSUNION RENTAL SCREENING SOLUTIONS, INC. ONLY

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Transunion Rental Screening Solutions, Inc. only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Transunion Rental Screening Solutions, Inc. only.

**IT IS SO ORDERED.**

Dated: June 28, 2024

/s/ Paul L. Maloney
HONORABLE PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE