# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM WALLACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RENTGROW, INC. AND TRANSUNION RENTAL SCREENING SOLUTIONS, INC.,<br>　　　　　Defendant. | Civil Action No. 1:23-cv-01152-PLM-RSK<br><br>**Honorable Paul L. Maloney** |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT <u>RENTGROW, INC. ONLY</u>

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant RentGrow, Inc. only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant RentGrow, Inc. only.

**IT IS SO ORDERED.**

Dated:  June 28, 2024　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　HONORABLE PAUL L. MALONEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE